USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LA'SHAUN CLARK,                                        :

                                                          :      ORDER OF SERVICE
                      Plaintiff,
                                                          :      20 Civ. 251 (PAE) (GWG)

   -v.-
                                                                    :

NEW YORK CITY HOUSING AUTHORITY;
NEW YORK INSULATION &                                 :
ENVIRONMENTAL SERVICES, INC.; JLC
ENVIRONMENTAL CONSULTANTS, INC;       :
ROCKMILLS STEEL PRODUCTS CORP.,
                                                                    :

                      Defendant.                       :
----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court is in receipt of plaintiff La'Shaun Clark's letter dated February 18, 2020, regarding serving certain defendants. Docket # 11.

      Because plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. Walker v. Schult, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)). The Marshals were unable to serve defendants New York Insulation & Environmental Services and Rockmills Steel Products Corporation. See Docket ## 9, 10.

      Plaintiff notes that the order of service for New York Insulation & Environmental Services contained a typographical error and therefore was not served on the correct address. In addition, plaintiff requests that New York Insulation & Environmental Services and Rockmills Steel Products Corporation be served at the addresses listed as their "nerve Center place of business." New York Insulation & Environmental Services should be served on the correct address and both defendants should be served on the addresses provided by plaintiff, which are listed below.

      To allow plaintiff to effect service on defendants New York Insulation & Environmental Services, Inc. and Rockmills Steel Products Corporation through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for each of these defendants. The Clerk of Court is

further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

CONCLUSION

The Clerk of Court is directed to mail a copy of this order to plaintiff. The Clerk of Court is further instructed to complete the USM-285 forms with the addresses for New York Insulation & Environmental Services, Inc. and Rockmills Steel Products Corp., as listed below, and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated: February 27, 2020
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

Defendants and Service Addresses

New York Insulation & Environmental Services, Inc., d.b.a. New York Insulation
31-19 30th Ave.
Astoria, N.Y. 11102

New York Insulation & Environmental Services, Inc., d.b.a. New York Insulation
58-48 59th Street
Maspeth, N.Y. 11378

Rockmills Steel Products Corporation
505 Northern Blvd.
Great Neck, N.Y. 11021

Rockmills Steel Products Corporation
43 Chasner St.
Hempstead, N.Y. 11550