# MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LA'SHAUN CLARK,

                                 Plaintiff,                  Case 1:20-cv-00251-PAE-GWG

                                 -v-

NEW YORK CITY HOUSING AUTHORITY;
NEW YORK INSULATION & : ENVIRONMENTAL SERVICES, INC.;
JLC ENVIRONMENTAL CONSULTANTS, INC; :
ROCKMILLS STEEL PRODUCTS CORP.

                                 Defendants,

**Plaintiffs Motion For Summary Judgement On Affirmative Defenses
Plead By Defendant's New York City Housing Authority & JLC Environmental Consultants Inc. &
Reply Opposition To New York City Housing Authority's Motion For Judgement
On The Pleadings with attached Exhibits.**

Plaintiff La'Shaun Clark hereby moves for summary judgement pursuant to Fed. R. Civ. P. 56 Attached is Plaintiff's Memorandum of Law in support of this motion. The plaintiff respectfully asks that motion be granted for reasons herein stated in the attached memorandum of law.

This case has now been referred to Judge Gorenstein for dispositive motions.  No motion for summary judgment may be filed without permission of the Court (under Rule 2.A of the Court's Individual Practices).  This motion is deemed withdrawn.  Any motion for summary judgment must be filed after the conclusion of discovery.  The Court notes that there is a pending "motion for judgment on the pleadings" which will go forward.  Plaintiff shall file his response to the motion for judgment on the pleadings by June 4, 2020. Defendants shall file their reply by June 18, 2020.
So Ordered
Dated: May 11, 2020

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge