UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LA'SHAUN CLARK,                                 :
                                                :
                Plaintiff,                      :    ORDER
                                                :
        -v.-                                    :    20 Civ. 251 (PAE) (GWG)
                                                :
NEW YORK CITY HOUSING AUTHORITY;                :
NEW YORK INSULATION &                           :
ENVIRONMENTAL SERVICES, INC.; JLC
ENVIRONMENTAL CONSULTANTS, INC;                 :
ROCKMILLS STEEL PRODUCTS CORP.,
                                                :
                Defendants.                     :
-------------------------------------------------------------x

**Gabriel W. Gorenstein, United States Magistrate Judge**

    Defendants shall respond to plaintiff's letter appearing at Docket # 52 by means of a letter filed on ECF on or before June 17, 2020.

    So Ordered.

Dated: June 15, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge