UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
LA'SHAUN CLARK,                                 :

                          Plaintiff,              ORDER

          -v.-                                   20 Civ. 251 (PAE) (GWG)

NEW YORK CITY HOUSING AUTHORITY;
NEW YORK INSULATION &
ENVIRONMENTAL SERVICES, INC.; JLC
ENVIRONMENTAL CONSULTANTS, INC;
ROCKMILLS STEEL PRODUCTS CORP.,

                        Defendants.
---------------------------------------------------------------x

**Gabriel W. Gorenstein, United States Magistrate Judge**

      By Order dated June 15, 2020 (Docket # 54), defendants were directed to respond to plaintiff's letter appearing at Docket # 52 "by means of a letter filed on ECF on or before June 17, 2020." While defendants made a filing prior to that date (Docket # 55), that filing does not respond to Docket # 52. In the meantime, plaintiff has filed another letter regarding discovery (Docket # 56). Defendants are hereby ordered to file a letter responding to both Docket # 52 and Docket # 56 on or before June 22, 2020.

      So Ordered.

Dated: June 18, 2020
       New York, New York

                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge