UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LA'SHAUN CLARK,<br><br>       Plaintiff,<br><br>-against-<br><br>NEW YORK CITY HOUSING AUTHORITY;<br>NEW YORK INSULATION &<br>ENVIRONMENTAL SERVICES, INC.; JLC<br>ENVIRONMENTAL CONSULTANTS, INC;<br>ROCKMILLS STEEL PRODUCTS CORP,<br><br>       Defendants. | 20-CV-00251 (PAE) (GWG)<br><br>ORDER OF SERVICE |

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

  Pursuant to the Court's July 6, 2020, Order (Docket # 66) and through a letter dated July 6, 2020, plaintiff waived her "right to have the U.S. Marshals Service effectuate service in this matter on any defendant at any time" and requested the Court issue a summons for defendant New York Insulation & Environmental Services Inc. D/B/A New York Insulation Inc. (Docket # 67).  Accordingly, the Clerk of Court is directed to issue a summons as to defendant New York Insulation & Environmental Services Inc. D/B/A New York Insulation Inc.  Plaintiff is directed to serve the summons and complaint on defendant within 90 days of the issuance of the summons.  If within those 90 days, plaintiff has not either served defendant or requested an extension of time to do so, the Court may dismiss the claims against defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

  The Clerk of the Court is directed to inform the U.S. Marshals Service to cease any efforts to effectuate service.

SO ORDERED.

Dated: July 8, 2020
   New York, New York

                      _____
                      GABRIEL W. GORENSTEIN
                      United States Magistrate Judge