UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LA'SHAUN CLARK,                               :

                                              :

            Plaintiff,                         :        ORDER

                                              :
            -v.-                                        20 Civ. 251 (PAE) (GWG)
                                              :

NEW YORK CITY HOUSING AUTHORITY;
NEW YORK INSULATION &                         :
ENVIRONMENTAL SERVICES, INC.; JLC
ENVIRONMENTAL CONSULTANTS, INC;               :
ROCKMILLS STEEL PRODUCTS CORP.,

                                              :

            Defendants.                        :
-------------------------------------------------------------x
**Gabriel W. Gorenstein, United States Magistrate Judge**

        Defendant New York City Housing Authority is directed to file a letter on or before
August 28, 2020, describing all efforts it has made to serve New York Insulation &
Environmental Services.[1]  A similar letter shall be filed every 7 days thereafter until proof of
service is filed.  The Court will not rule on plaintiff's request to file a motion for a default
judgment until the status of service by the New York City Housing Authority is resolved.
Depositions remain stayed pending resolution of this question.


        So Ordered.

Dated: August 25, 2020
        New York, New York



                                                      _____
                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge




_____

        [1]  For reasons that have not been explained, the New York City Housing Authority
sometimes refers to this party as "New York Environmental Services."  (See Docket # 97).