UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
LA'SHAUN CLARK,                                   :

                                                  :
                    Plaintiff,                        ORDER
                                                  :
         -v.-                                         20 Civ. 251 (PAE) (GWG)
                                                  :
NEW YORK CITY HOUSING AUTHORITY;
NEW YORK INSULATION &                             :
ENVIRONMENTAL SERVICES, INC.; JLC
ENVIRONMENTAL CONSULTANTS, INC;                   :
ROCKMILLS STEEL PRODUCTS CORP.,
                                                  :

                    Defendants.                   :
---------------------------------------------------------------x

**Gabriel W. Gorenstein, United States Magistrate Judge**

     Defendant JLC Environmental Consultants, Inc. shall respond to plaintiff's letters appearing at Docket # 103 and # 104 by means of a letter filed on ECF on or before October 15, 2020.

     So Ordered.

Dated: October 13, 2020
     New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge