UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LA'SHAUN CLARK,

      :   ORDER

    Plaintiff,

      :   20 Civ. 251 (PAE) (GWG)

 -v.-

      :

NEW YORK CITY HOUSING AUTHORITY,  :
NEW YORK INSULATION &
ENVIRONMENTAL SERVICES, JLC    :
ENVIRONMENTAL CONSULTANTS, INC.,
ROCKMILL STEEL PRODUCTS CORP..   :

    Defendants.    :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

   The Court in Docket # 75 had issued a stay of depositions in this matter while any unserved defendants were brought in. At this point, all defendants have either appeared or are the subject of a motion for a default judgment with the exception of Rockmills Steel Products Corp. The time to serve this entity under Fed. R. Civ. P. 4(m) expired long ago. If any party is seeking an extension of the deadline to serve this entity and can show good cause for the extension under Fed. R. Civ. P. 6(b), it shall file a motion seeking the extension on or before January 22, 2021. If no such motion is timely filed, Rockmills Steel Products Corp. will be dismissed as a defendant and cross-claim defendant, and the stay of discovery will be lifted. If no motion for an extension is timely filed, the parties should consult and submit proposed or separate schedules for this case on or before January 29, 2021.

   SO ORDERED.

Dated: January 15, 2021

   New York, New York

                 _____
                 GABRIEL W. GORENSTEIN
                 United States Magistrate Judge