UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LA'SHAUN CLARK,

                                    :     <u>ORDER</u>

             Plaintiff,

                                      :     20 Civ. 251 (PAE) (GWG)

   -v.-

                                      :

NEW YORK CITY HOUSING AUTHORITY,  :
NEW YORK INSULATION &
ENVIRONMENTAL SERVICES, JLC        :
ENVIRONMENTAL CONSULTANTS, INC.,
ROCKMILL STEEL PRODUCTS CORP..   :

             Defendants.       :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Defendants' opposition to the motion to amend (Docket # 141) shall be filed by February 5, 2021.  Any reply shall be filed by February 12, 2021.

      SO ORDERED.

Dated: January 25, 2021
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

1