UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LA'SHAUN CLARK,                                 :

                                                           :        ORDER
                    Plaintiff,

                                                           :        20 Civ. 251 (PAE) (GWG)
    -v.-
                                                             :

NEW YORK CITY HOUSING AUTHORITY;
NEW YORK INSULATION &                           :
ENVIRONMENTAL SERVICES, INC.; JLC
ENVIRONMENTAL CONSULTANTS, INC;                 :
ROCKMILLS STEEL PRODUCTS CORP.,

                                                           :

               Defendants.                   :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The parties' views have been considered with respect to the matters contained in this order in accordance with Rule 16(b) of the Federal Rules of Civil Procedure. It is hereby ORDERED as follows:

1. Each party must immediately inform the Court of any change in that party's address or telephone number. If a party fails to do so, the case may be dismissed or a default entered.

2. The Court notes that the deadline for interrogatories and document requests has already expired. Nonetheless, the parties may make supplemental discovery requests if they had good cause for not making a particular requests earlier and the request is served by February 11, 2021.

3. If a party has not made initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), the other parties shall immediately remind that party of this fact and that party shall make the initial disclosure by February 11, 2021.

4. All non-expert discovery shall be commenced in time to be completed by May 28, 2021.

5. The parties shall disclose to each other in writing by May 28, 2021, if they intend to hire an expert witness as part of their case-in-chief. If any party so states, the parties shall confer and file with the Court by June 11, 2021, either separate proposals or a joint proposal as to a schedule for expert disclosures and discovery.

6.  If no party states that it is engaging an expert, any request for permission to make a summary judgment motion shall be filed by June 11, 2021.

7.  If all parties are in agreement, the parties may request a mediation at any time by filing a letter on ECF so requesting.

8.  All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery.  Any contention that a party has not responded properly to a discovery request must be brought to the Court's attention immediately and in accordance with the Court's Individual Practices.  Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application.  The application also must state the position of all other parties on the proposed extension and must show good cause therefor not foreseeable as of the date of this Order.  'Good cause' as used in this paragraph does not include circumstances within the control of counsel or the party.  Any application not in compliance with this paragraph will be denied.  Failure to comply with the terms of this Order may also result in sanctions.

9.  All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: www.nysd.uscourts.gov/judges.htm

10. Discovery motions -- that is, any application pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises.  In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery.  Untimely applications will be denied.

11. Please be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York ((212) 805-0175) may be of assistance in connection with court procedures.

Dated:  New York, New York

January 27, 2021

SO ORDERED:

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge