**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LA'SHAUN CLARK,

                Plaintiff,

   -against-                                     20 **CIVIL** 251 (PAE)(GWG)

                                              **<u>JUDGMENT</u>**

NEW YORK CITY HOUSING AUTHORITY
et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 28, 2022, the Court has accepted and adopted Judge Gorenstein's September 14, 2022 Report and Recommendation in its entirety. Defendants' motions for summary judgment are granted, Clark's motion for summary judgment is denied, and Clark's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      December 28, 2022

                                                                       **RUBY J. KRAJICK**

                                                                         _____
                                                                                  **Clerk of Court**

                             **BY:**            _K. mango_

                                                                                _____
                                                                                 **Deputy Clerk**